

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-20-00090-CV

**IN RE SOUTH PLAINS CONTRACTING, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

On February 11, 2020, relator filed a petition for writ of mandamus. On February 13, 2020, this court notified the respondent and real parties in interest that if they wished to file a response, they must do so by February 28, 2020.

On February 25, 2020, real party in interest, Robert Loree, filed a motion requesting an extension of time until March 6, 2020. The motion is GRANTED, and Mr. Loree's response is due no later than March 6, 2020.

It is so **ORDERED** on February 27, 2020.

PER CURIAM

ATTESTED TO: _____
                       Michael A. Cruz,
                       Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI13807, styled *South Plains Contracting, Inc. v. Robert W. Loree and Christopher D. Below*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.